IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Christopher Alexander, : | |
| : | |
| Petitioner(s), : | |
| : | Case Number: 1:13cv593 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Warden, Lebanon Correctional Institution, : | |
| : | |
| Respondent(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 25, 2013 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 12, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is **DISMISSED** for lack of prosecution.

IT IS SO ORDERED.

                                                 ___s/Susan J. Dlott_____
                                                 Chief Judge Susan J. Dlott
                                                 United States District Court